UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARMEL DAVIS AND ASSOCIATES, ATTORNEY-AT-LAW, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-2181-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendant's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the Plaintiff's First Amended Complaint is dismissed with prejudice, and the Class Claims are dismissed without prejudice.

Dated at Atlanta, Georgia, this 26th day of January, 2021.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                  By:   s/ A. Hogan
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 26, 2021
James N. Hatten
Clerk of Court

By:   s/ A. Hogan
        Deputy Clerk